UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JASON POOLE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:13-cv-00413-TWP-TAB |
| | ) | |
| A. VAWTER, | ) | |
| | ) | |
| Defendant. | ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's renewed motion to proceed *in forma pauperis* [Dkt. 13] is **denied as unnecessary** because his earlier request for *in forma pauperis* status was granted in the Entry of May 13, 2013.

2. Litigants requesting that counsel be recruited must show as a threshold matter that they made a reasonable attempt to secure private counsel. *Gil v. Reed,* 381 F.3d 649, 656 (7th Cir. 2004); *Zarnes v. Rhodes,* 64 F.3d 285, 288 (7th Cir. 1995). The court must deny "out of hand" a request for counsel made without a showing of such effort. *Farmer v. Haas,* 990 F.2d 319, 321 (7th Cir. 1993). The plaintiff has submitted two letters showing his attempt to contact attorneys, but this effort is too small to be considered "a reasonable attempt." Accordingly, the plaintiff's renewed motion for the appointment of counsel [Dkt. 12] must be **denied.**

3. The plaintiff has supplemented his complaint to the best of his ability as directed in the Entry of May 13, 2013. The complaint as supplemented is now subject to the screening requirement of 28 U.S.C. § 1915A(b). *Lagerstrom v. Kingston*, 463 F.3d 621, 624 (7th Cir.

2006). This statute directs that the court dismiss a complaint or any claim within a complaint which "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.* The court will direct the further development of any claim that is not dismissed on this basis. The parties will be notified when this determination has been made.

    **IT IS SO ORDERED.**

Date:    06/11/2013

                                                                 Hon. Tanya Walton Pratt, Judge
                                                                  United States District Court
                                                                  Southern District of Indiana

Distribution:

Jason Poole
DOC #945775
Miami Correctional Facility
Inmate Mail/Parcels
3038 West 850 South
Bunker Hill, IN   46914